IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| KONDZIOLKA, BERNADINE | ) | CASE NO. 10-53282 PSH |
| | ) | |
| Debtor(s) | ) | Hon. PAMELA S. HOLLIS |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## TRUSTEE'S FINAL REPORT

Andrew J. Maxwell, Trustee herein, respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. Section 704(9), as follows:

1. The Petition commencing this case was filed on November 30, 2010. Andrew J. Maxwell was appointed Trustee on November 30, 2010. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee to administer this estate are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $147,502.00. The property abandoned, or sought to be abandoned, along with the reasons for abandonment, is described in Exhibit A.

4. A summary of the Trustee's final account as of August 13, 2013 is as follows:

| | | |
|---|---|---:|
| a. | RECEIPTS (See Exhibit C) | $ 35,004.52 |
| b. | DISBURSEMENTS (See Exhibit C) | $0.00 |
| c. | EXEMPTIONS PAID TO DEBTOR | $15,000.00 |

|   |   |   |
|---|---|---|
| d. | OTHER PAYMENT TO CREDITORS | $1,267.00 |
| e. | ADMINISTRATIVE EXPENSES (special counsel payment): | $12,375.97 |
|   | 1. Trustee compensation requested (See Exhibit E) not yet paid | $2,750.45 |
|   | 2. Trustee Expenses (See Exhibit E) | $0.00 |
|   | 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) not yet paid | $6,723.35 |

5. The Bar Date for filing unsecured claims expired on September 15, 2011.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (See Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $6,723.35 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $0.00 |
| f. | Debtor Exemption | $0.00 |
| g. | Debtor Surplus | $0.00 |

7. Trustee proposes that a) allowed priority claims receive distribution of 0.00%, and b) unsecured creditors receive a distribution of 0.00% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys', accountants', or other professionals' compensation requested but not yet allowed is $6,723.35. The total of Chapter 7 professional fees and expenses requested for final allowance is $6,723.35.  (See Exhibit G).

9. A fee of $ 2,500.00 was paid to Debtor's attorney for services rendered in connection with this case, and no basis appears to request an examination of said fee pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing under 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, permit destruction of the Debtor's records in the possession of the Trustee, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

/s/ Andrew J. Maxwell
Andrew J. Maxwell, Trustee
105 W. Adams
Suite 3200
Chicago, IL  60603

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 10-53282 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | KONDZIOLKA, BERNADINE JACQUELINE | | | Date Filed (f) or Converted (c): | 11/30/10 (f) |
| | | | | 341(a) Meeting Date: | 01/12/11 |
| For Period Ending: | 08/12/13 | | | Claims Bar Date: | 09/15/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2855 W. 40th Pl., Chicago, IL 60632 (Debtor's resi | 135,000.00 | 0.00 | | 0.00 | FA |
| 2. Chase - checking | 1.00 | 1.00 | | 0.00 | FA |
| 3. TCF - checking - no balance kept | 0.00 | 0.00 | | 0.00 | FA |
| 4. Household goods; TV, DVD player, TV stand, stereo, | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Books, CDs, tapes, DVDs, family pictures | 50.00 | 0.00 | | 0.00 | FA |
| 6. Necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7. Earrings, watch, costume jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 8. Term life insurance - no cash surrender value | 0.00 | 0.00 | | 0.00 | FA |
| 9. Exelon Corp. stock with Morgan Stanley Smith Barne | 1.00 | 1.00 | | 0.00 | FA |
| 10. Potential personal injury claim - debtor's attorne | 0.00 | 20,000.00 | | 35,000.00 | FA |
| 11. Expected 2010 tax refunds | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 12. 2009 Toyota Corolla - over 144,000 miles | 8,000.00 | 3,000.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $147,502.00 | $25,002.00 | | $35,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PI case

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/13

LFORM1

Ver: 17.02c

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-53282 -PSH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | KONDZIOLKA, BERNADINE JACQUELINE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8462 Checking Account |
| Taxpayer ID No: | *******0430 | | | |
| For Period Ending: | 08/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/17/13 | | BERNADINE KONDZIOLKA | | 1110-000 | 6,359.90 | | 6,359.90 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,349.90 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,339.90 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,329.90 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,359.90 | 30.00 | 6,329.90 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,359.90 | 30.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,359.90 | 30.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8462 | 6,359.90 | 30.00 | 6,329.90 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,359.90 | 30.00 | 6,329.90 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   6,359.90   30.00

Ver: 17.02c

LFORM24

**CASH RECEIPTS AND DISBURSEMENTS RECORDS**

| | | | | | Trustee Name | Andrew J. Maxwell |
|---|---|---|---|---|---|---|
| **CASE** | | **NAME** | | | | **TAX ID** |
| 10-53282 | | Bernadin Bernadine Kondziolka | | | | 45-6910430 |

| Transaction Date | Check | Paid to/ Received From | Description | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| 5/1/2012 | 3765924 | Bernadin Kondziolka | | $ 35,000.00 | | |
| 5/8/2012 | 2-150/710 | Medicare | Settleman Process | | $ 1,267.04 | |
| 5/14/2012 | 2-150/710 | Steven Burrows & O'Conn | Atty's fee | | $ 12,375.97 | |
| 5/14/2012 | 2-150/710 | Bernadin Kondziolka | PI exemption | | $ 15,000.00 | |
| 5/31/2012 | | Monthly interest | | $ 0.80 | | |
| 6/30/2012 | | Monthly interest | | $ 0.52 | | |
| 7/31/2012 | | Monthly interest | | $ 0.54 | | |
| 8/31/2012 | | Monthly interest | | $ 0.54 | | |
| 9/30/2012 | | Monthly interest | | $ 0.52 | | |
| 10/31/2012 | | Monthly interest | | $ 0.54 | | |
| 11/30/2012 | | Monthly interest | | $ 0.54 | | |
| 12/31/2012 | | Monthly interest | | $ 0.52 | | |
| 1/31/2013 | | Monthly interest | | $ 0.54 | | |
| 2/28/2013 | | Monthly interest | | $ 0.58 | | |
| 3/30/2013 | | Monthly interest | | $ 0.54 | | |
| 4/31/2013 | | International Sureties, LTD | Bond | $ 0.43 | $ 4.77 | |
| 5/30/2013 | | Monthly interest | | $ 0.53 | | |
| 5/15/2013 | | Monthly interest | transfer to Associated Bank | $ 0.54 | $ 6,359.90 | |
| | | | **COLUMN TOTAL** | $ 35,007.68 | $ 35,007.68 | $ - |



Lakeside Bank
55 West Wacker Drive • Chicago, IL 60601
312.435.5100

Page: 1


RECEIVED
JUN 6 2013
BY:_____

PERIODIC STATEMENT

ESTATE OF BERNADINE KONDZIOLKA #10-532    Date:    May 31, 2013
ANDREW J MAXWELL, TRUSTEE                Period: May 01, 2013 to May 31, 2013
CASE #10-53282                                   (31 Days )
105 W ADAMS ST. SUITE 3200
CHICAGO, IL 60603-6210

ACCOUNT #:  CK  -  5000016963    Free Checking

Estate of Bernadine Kondziolka #10-53282
Andrew J Maxwell, Trustee

                                                    Enclosures: 1

| | |
|---|---:|
| Beginning Balance as of 05/01/13 | 6,359.90 |
| Deposits & Other Credits | 0.00 |
| Charges & Fees | 0.00 |
| Checks & Other Debits | 6,359.90 |
| Average Balance | 3,282.53 |
| Ending Balance as of 05/31/13 | 0.00 |

to Assoc

Charges and Fees Related to Overdrafts and Returned Items

|   | Total For This Period | Total Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees: | 0.00 | 0.00 |
| Total Returned Items Fees: | 0.00 | 0.00 |

Check Information

| Date | Check# | Amount | Date | Check# | Amount |
|---|---|---:|---|---|---|
| 05/17 | 9999 | 6,359.90 | | | |

Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---|
| 05/17 | 0.00 | 05/31 | 0.00 | | |

6.6

NAME Bernadine Kondziolka - Trustee  "A"
ACCOUNT NO.
DATE 5-16-13
PAY TO THE ORDER OF Andrew J. Maxwell, Trustee for B. Kondziolka #10-532    $6,359.90
Six thousand three hundred fifty-nine and 90/100 -------- DOLLARS
Lakeside Bank
FOR Close account to turn to Associated
:071001504: "5000016963"

5/17/2013  9999  $6,359.90