IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| KONDZIOLKA, BERNADINE JACQUELINE | ) | CASE NO. 10-53282-PSH |
| | ) | |
| Debtor(s) | ) | Hon. PAMELA S. HOLLIS |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held
   At: Courtroom 644
   219 South Dearborn Street
   Chicago, IL 60604
   On: January 9, 2014         Time: 10:30am

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:
   Receipts                                    $6,359.90
   Disbursements                                   $0.00
   Net Cash Available for Distribution         $6,329.90

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Andrew J. Maxwell, Trustee | $0.00 | $2,750.45 | $0.00 |
| MAXWELL LAW GROUP, Attorney for Trustee | $0.00 | $6,691.50 | $31.85 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| None | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration listed above as may be allowed by the Court, secured claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The secured dividend is anticipated to be 0.00%.

Allowed secured claims are:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| None | | $0.00 | $0.00 |

7. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| None | | $0.00 | $0.00 |

8. Claims of general unsecured creditors totaling $43,628.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | $20,247.25 | $0.00 |
| 000002 | CHASE BANK USA, N.A. | $5,512.24 | $0.00 |
| 000003 | CHASE BANK USA, N.A. | $4,147.21 | $0.00 |
| 000004 | CHASE BANK USA, N.A. | $8,490.70 | $0.00 |
| 000005 | HOLY CROSS HOSPITAL | $270.25 | $0.00 |
| 000006 | AMERICAN EXPRESS CENTURION BANK | $4,960.40 | $0.00 |

9. After payment of administrative fees, priority and general unsecured claims there will be a surplus payment made to the debtor in the amount of $0.00.

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor (has or has not) been discharged.

13. The Trustee proposes to abandon all property of the estate not specifically administered, as listed on Form 1 attached as a part of the Trustee's Final Report, including but not limited to the following property at the hearing:

<u>Name of Property</u>

All scheduled items fully administered

Dated: _____   For the Court,

By: _____

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:     Andrew J. Maxwell
Address:     105 W. Adams
             Suite 3200
             Chicago, IL  60603
Phone No.:   (312) 368-1138

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                       Case No. 10-53282-PSH
Bernadine Jacqueline Kondziolka                                              Chapter 7
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0752-1          User: mmyers                  Page 1 of 2                   Date Rcvd: Dec 04, 2013
                              Form ID: pdf006               Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2013.
db            +Bernadine Jacqueline Kondziolka,    2855 W. 40th Pl.,    APT# 1,   Chicago, IL 60632-1810
aty           +Maxwell Law Group LLC,    105  West Adams Suite 3200,    Chicago, IL 60603-6209
16491406      +American Express,    Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
17595749       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
16491402      +Carson/HSBC,    Attn: Bankruptcy Dept.,    Po Box 15521,   Wilmington, DE 19850-5521
16491403      +Chase,    Attn: Bankruptcy Dept.,    Po Box 15298,   Wilmington, DE 19850-5298
17532907       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16491408      +Clerk, First Mun Div,    Doc #10 M1 196074,    50 W. Washington St., Rm. 1001,
                Chicago, IL 60602-1316
16491404      +Clerk, First Mun Div,    Doc# 10-M1-196074,    50 W. Washington St., Rm. 1001,
                Chicago, IL 60602-1316
16491399      +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,   Atlanta, GA 30374-0241
16491400      +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,   Allen, TX 75013-2002
16491410      +First Northern Credit Union,    Attn: Bankruptcy Dept.,    300 W Adams St,    Chicago, IL 60606-5101
16491416       Holy Cross Hospital,    Bankruptcy Department,    2701 W. 68th St.,   Chicago, IL 60629-1813,
                Attn: Business Office
16491405      +Michael D. Fine,    Bankruptcy Department,    131 S. Dearborn St., floor 5,
                Chicago, IL 60603-5571
16491415     #+Sears Bankruptcy Recovery,    Citibank USA Sears,    PO Box 20363,   Kansas City, MO 64195-0363
16491414      +Sears/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6189,   Sioux Falls, SD 57117-6189
16491401      +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,   Chester, PA 19016-1000
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17443471       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 05 2013 01:11:44
                American InfoSource LP as agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
                Oklahoma City, OK  73124-8840
17542496       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 05 2013 01:14:38
                American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
                Oklahoma City, OK  73124-8840
16491398      +E-mail/Text: boninib@midwestloanservices.com Dec 05 2013 01:06:21      Midwest Loan Services,
                Attn: Bankruptcy Dept.,    616 Shelden Ave Ste 300,    Houghton, MI 49931-1841
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16491411*     +Chase,    Attn: Bankruptcy Dept.,    Po Box 15298,   Wilmington, DE 19850-5298
16491407*     +Chase,    Attn: Bankruptcy Dept.,    Po Box 15298,   Wilmington, DE 19850-5298
16491412*     +Clerk, First Mun Div,    Doc #10 M1 196074,    50 W. Washington St., Rm. 1001,
                Chicago, IL 60602-1316
16491409*     +Michael D. Fine,    Bankruptcy Department,    131 S. Dearborn St., floor 5,
                Chicago, IL 60603-5571
16491413*     +Michael D. Fine,    Bankruptcy Department,    131 S. Dearborn St., floor 5,
                Chicago, IL 60603-5571
                                                                                             TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2013                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2013 at the address(es) listed below:
              Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
               llandpotts.com;vbarad@maxwellandpotts.com
```

```
District/off: 0752-1           User: mmyers              Page 2 of 2                  Date Rcvd: Dec 04, 2013
                               Form ID: pdf006           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
       amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
        Jaclyn H. Smith    on behalf of Trustee Andrew J Maxwell, ESQ smith.jaclyn.h@gmail.com,
       preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
       naelipas@maxwellandpotts.com
        Mario M Arreola    on behalf of Debtor Bernadine Jacqueline Kondziolka ndil@geracilaw.com
        Nicole A Elipas    on behalf of Trustee Andrew J Maxwell, ESQ naelipas@maxwellandpotts.com,
       maxwelllawchicago@yahoo.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com;maseay@maxwellandpotts.com
        Nicole A Elipas    on behalf of Spec. Counsel    O'Connor & Nakos, Ltd. naelipas@maxwellandpotts.com,
       maxwelllawchicago@yahoo.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com;maseay@maxwellandpotts.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Vikram R Barad    on behalf of Trustee Andrew J Maxwell, ESQ vbarad@maxwellandpotts.com,
       maxwelllawchicago@yahoo.com,naelipas@maxwellandpotts.com,marchfirst_trustee@hotmail.com,
       cjcapo@maxwellandpotts.com

                                                                                                                                                            TOTAL: 8