# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
KONDZIOLKA, BERNADINE JACQUELINE § Case No. 10-53282
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on                 . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 1 Midwest Loan Services<br>Attn: Bankruptcy Dept. 616<br>Shelden Ave Ste 300<br>Houghton MI 49931 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| MAXWELL LAW GROUP | | | | | |
| MAXWELL LAW GROUP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Sears/CBSD Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 | | | | | |
| 11 | Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| 2 | Carson/HSBC Attn: Bankruptcy Dept. Po Box 15521 Wilmington DE 19805 | | | | | |
| 6 | Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| 7 | Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 8 First Northern Credit Union Attn: Bankruptcy Dept. 300 W Adams St Chicago IL 60606 | | | | | |
| | Clerk, First Mun Div Doc #10 M1 196074 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Clerk, First Mun Div Doc #10 M1 196074 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Clerk, First Mun Div Doc# 10-M1-196074 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Michael D. Fine Bankruptcy Department 131 S. Dearborn St., floor 5 Chicago IL 60603 | | | | | |
| | Michael D. Fine Bankruptcy Department 131 S. Dearborn St., floor 5 Chicago IL 60603 | | | | | |
| | Michael D. Fine Bankruptcy Department 131 S. Dearborn St., floor 5 Chicago IL 60603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Sears Bankruptcy Recovery Citibank USA Sears PO Box 20363 Kansas City MO 64195 |  |  |  |  |  |
| 000006 | AMERICAN EXPRESS CENTURION BANK |  |  |  |  |  |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR |  |  |  |  |  |
| 000004 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000003 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000002 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000005 | HOLY CROSS HOSPITAL |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-53282 PSH Judge: PAMELA S. HOLLIS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | KONDZIOLKA, BERNADINE JACQUELINE | Date Filed (f) or Converted (c): | 11/30/10 (f) |
| | | 341(a) Meeting Date: | 01/12/11 |
| For Period Ending: 04/15/14 | | Claims Bar Date: | 09/15/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2855 W. 40th Pl., Chicago, IL 60632 (Debtor's resi | 135,000.00 | 0.00 | | 0.00 | FA |
| 2. Chase - checking | 1.00 | 1.00 | | 0.00 | FA |
| 3. TCF - checking - no balance kept | 0.00 | 0.00 | | 0.00 | FA |
| 4. Household goods; TV, DVD player, TV stand, stereo, | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Books, CDs, tapes, DVDs, family pictures | 50.00 | 0.00 | | 0.00 | FA |
| 6. Necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7. Earrings, watch, costume jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 8. Term life insurance - no cash surrender value | 0.00 | 0.00 | | 0.00 | FA |
| 9. Exelon Corp. stock with Morgan Stanley Smith Barne | 1.00 | 1.00 | | 0.00 | FA |
| 10. Potential personal injury claim - debtor's attorne | 0.00 | 20,000.00 | | 35,000.00 | FA |
| 11. Expected 2010 tax refunds | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 12. 2009 Toyota Corolla - over 144,000 miles | 8,000.00 | 3,000.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $147,502.00 | $25,002.00 | | $35,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PI case
TFR Submitted

Initial Projected Date of Final Report (TFR): 12/31/13   Current Projected Date of Final Report (TFR): 12/31/13

LFORM1
UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 17.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-53282 -PSH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | KONDZIOLKA, BERNADINE JACQUELINE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8462 Checking Account |
| Taxpayer ID No: | *******0430 | | | |
| For Period Ending: | 04/15/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/17/13 | | BERNADINE KONDZIOLKA | | 1110-000 | 6,359.90 | | 6,359.90 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,349.90 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,339.90 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,329.90 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,319.90 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,309.90 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,299.90 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,289.90 |
| 01/09/14 | 010001 | ANDREW J. MAXWELL<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Chapter 7 Compensation/Fees | 2100-000 | | 1,385.99 | 4,903.91 |
| 01/09/14 | 010002 | MAXWELL LAW GROUP<br>105 WEST ADAMS ST STE 3200<br>CHICAGO IL 60603 | Final Payment<br>o/c 1/9/2014 | | | 4,903.91 | 0.00 |
| | | | Fees     4,880.68 | 3110-000 | | | |
| | | | Expenses   23.23 | 3120-000 | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 6,359.90 | 6,359.90 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,359.90 | 6,359.90 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,359.90 | 6,359.90 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******8462 | 6,359.90 | 6,359.90 | 0.00 |
| | ---------------- | ---------------- | ---------------- |
| | 6,359.90 | 6,359.90 | 0.00 |
| | ========= | ========= | ========= |
| Page Subtotals | 6,359.90 | 6,359.90 | |

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-53282 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | KONDZIOLKA, BERNADINE JACQUELINE | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8462  Checking Account |
| Taxpayer ID No: | *******0430 | | |
| For Period Ending: | 04/15/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*